# IN THE SUPREME COURT OF THE STATE OF NEVADA

ALFRED R. WARNER, III,
Appellant,

vs.

ANNIE LAURIE DIMARTINI,
Respondent.

No. 82765

**FILED**

SEP 21 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Bryce C. Duckworth, District Judge, Family Court Division
Ara H. Shirinian, Settlement Judge
Robert W. Lueck, Ltd.
Mushkin & Rosenblum, Chartered
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

21-27210